# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In Re: Jonathan Andrew Weaver<br>224 Proctor Dr.<br>Salisbury, NC  28147<br>SSN (1): XXX-XX-0835 | Case Number:    17-31634<br>Judge:    Laura T. Beyer<br>Dated:    May 16, 2018 |

### MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Claim information in motion is current as of May 16, 2018.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Asserted Claim Amt | Treatment of Claim | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| APRIL F WEAVER | 26 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| BANK OF AMERICA HOME LOANS | 5 | 3 | N-Mortgage/Lease Arrea | 50 | $4,623.25 | Pay by Trustee | 3715 |
| BANK OF AMERICA HOME LOANS | 6 | 3 | M-Mortgage/Lease | 30 | $27,000.00 | CONDUIT | 3715 |
| DITECH FINANCIAL LLC | 3 | 2 | N-Mortgage/Lease Arrea | 50 | $19,592.92 | Pay by Trustee | 1427 |
| DITECH FINANCIAL LLC | 4 | 2 | M-Mortgage/Lease | 30 | $131,600.87 | CONDUIT | 1427 |
| INTERNAL REVENUE SERVICE | 8 | 1 | U-Unsecured | 80 | $19,868.08 | Pay by Trustee | 0835 |
| INTERNAL REVENUE SERVICE | 9 | 1 | P-Priority | 70 | $8,696.41 | Pay by Trustee | 0835 |
| NC DEPARTMENT OF REVENUE | 16 | 4 | P-Priority | 70 | $2,714.31 | Pay by Trustee | 0835 |
| NC DEPARTMENT OF REVENUE | 17 | 4 | U-Unsecured | 80 | $4,633.35 | Pay by Trustee | 0835 |
| ROWAN COUNTY CLERK OF COURT | 7 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| ROWAN COUNTY TAX COLLECTOR | 22 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| SESSOMS & ROGERS PA | 23 | | U-Unsecured | 80 | $0.00 | NOT FILED | 8273 |
| SHAPIRO & INGLE LLP | 27 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| SYNCHRONY/AMAZON | 24 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| TERRY M DUNCAN | 1 | | B-Base Attorney Fee(s) | 20 | $4,500.00 | $3,505.00 INSIDE / $995.00 OUTSIDE | 4500 |
| UNITED RECOVERY SYSTEMS | 25 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9758 |

Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

CASE NO: 17-31634                                                     DEBTOR: Jonathan Andrew Weaver  
Dated: May 16, 2018                                    Warren L. Tadlock  
                                                                          Standing Chapter 13 Trustee  
                                                                          5970 Fairview Road, Suite 650  
                                                                          Charlotte, NC  28210-2100

CASE NO: 17-31634                                                          DEBTOR: Jonathan Andrew Weaver

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtor's confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing by June 26, 2018 at the following address:

    CLERK, U.S. BANKRUPTCY COURT
    401 W TRADE ST.
    CHARLOTTE, NC  28202

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Tuesday, July 10, 2018 at 9:30 am at the following address.

    CHARLES JONAS FEDERAL BUILDING
    COURTROOM 1-5
    401 WEST TRADE STREET
    CHARLOTTE, NC  28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated: May 16, 2018                                        Warren L. Tadlock
                                                                                 Standing Chapter 13 Trustee
                                                                                By:  J. Adams

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re:  Jonathan Andrew Weaver
       224 Proctor Dr.
       Salisbury, NC  28147
       SSN (1): XXX-XX-0835

Case Number:  17-31634
Judge:  Laura T. Beyer
Dated:  May 16, 2018

### CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on May 24, 2018.

       J. Adams
       Office of the Chapter 13 Trustee

APRIL F WEAVER, 224 Proctor Drive, Salisbury, NC 28147
BANK OF AMERICA HOME LOANS, PO BOX 31785, TAMPA, FL 33631-3785
DITECH FINANCIAL LLC, PO BOX 0049, PALANTINE, IL 60055-0049
DITECH FINANCIAL LLC, PO BOX 6154, RAPID CITY, SD 57709-6154
HUTCHENS LAW FIRM, BANKRUPTCY DEPARTMENT, PO BOX 2505, FAYETTEVILLE, NC 28302
INTERNAL REVENUE SERVICE, PO BOX 7317, INSOLVENCY REMITTANCE, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
Jonathan Andrew Weaver, 224 Proctor Dr., Salisbury, NC 28147
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
ROWAN COUNTY CLERK OF COURT, 210 N Main Street, Salisbury, NC 28144
ROWAN COUNTY TAX COLLECTOR, 402 N MAIN STREET, SALISBURY, NC 28144
SESSOMS & ROGERS PA, PO BOX 110564, DURHAM, NC 27709
SHAPIRO & INGLE LLP, 10130 PERIMETER PARKWAY SUITE 400, CHARLOTTE, NC 28216
SYNCHRONY BANK, c/o PRA Receivables Managment, LLC, PO Box 41021, Norfolk, VA 23541
SYNCHRONY/AMAZON, PO BOX 960013, ORLANDO, FL 32896-0013
UNITED RECOVERY SYSTEMS, PO BOX 722929, HOUSTON, TX 77272

Total Served: 16